IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff/<br>           Respondent,<br><br>    vs.<br><br>LOUIE A. NICHOLS,<br><br>           Defendant/<br>           Movant. | No. CR-F-91-176 REC<br><br>ORDER DIRECTING UNITED STATE TO FILE RESPONSE TO MOVANT'S MOTION FOR NEW TRIAL AND MOTION FOR MODIFICATION OF IMPOSED TERM OF IMPRISONMENT WITHIN 45 DAYS OF THE FILING DATE OF THIS ORDER |

    On July 8, 2005, movant Louie A. Nichols filed a motion for new trial pursuant to <u>Crawford v. Washington</u>, 541 U.S. 36 (2004), and <u>Bockting v. Bayer</u>, 399 F.3d 1010 (9th Cir. 2005), <u>as amended</u>, 408 F.3d 1127 (9th Cir. 2005), and a motion for modification of imposed term of imprisonment pursuant to 18 U.S.C. 3582(c)(2) based on Amendment 591 to the Sentencing Guidelines.

    The United States is ordered to file a response to this motion within 45 days of the filing date of this order. Movant's reply, if any, shall be filed within 30 days thereafter. All

1

1  further proceedings shall be by order of this court.

2  IT IS SO ORDERED.

3  **Dated:  July 13, 2005**              **/s/ Robert E. Coyle**
   668554                              UNITED STATES DISTRICT JUDGE