McGREGOR W. SCOTT
United States Attorney
KENNETH J. MELIKIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
2005 AUG 31  A 11: 24
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff/Respondent,  )<br>  )<br>        v.  )<br>  )<br>LOUIE A. NICHOLS,  )<br>  )<br>    Defendant/Movant.  )<br>_____) | CR. F-91-176 REC<br><br>[PROPOSED] ORDER |

For good cause as established in the government's request for an extension of time;

IT IS HEREBY ORDERED, that the government may have until  9-30-05  to respond to the defendant's motion in this matter.

DATED: Aug 31, 05

_____
ROBERT E. COYLE
United States District Judge

1